| | AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Timothy Madison | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
   v.

Raymond Earl Clark

Case: 2:26−mj−30159
Assigned To : Unassigned
Assign. Date : 3/25/2026
Description: CMP USA v Clark (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 24, 2026 - March 24, 2026___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Madison, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___March 25, 2026___

_____
*Judge's signature*

City and state: ___Detroit, MI___

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP) and the ATF.

2.      Prior to this, I was employed by the Michigan State Police for more than eight years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the MSP, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

3.      This affidavit is in support of criminal complaint and application for an arrest warrant for Raymond CLARK for the crime of felon in possession of a firearm and ammunition, Title 18 U.S.C. § 922(g)(1).

4.     The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

### SUMMARY OF THE INVESTIGATION

5.     On February 24, 2026, MSP responded to investigate a non-fatal shooting that occurred at a business in Royal Oak Twp located on the 20000 block of Wyoming Ave, within the Eastern District of Michigan.  During the shooting, one victim was shot in the neck and received serious but non-fatal injuries.

6.     Officers located and collected multiple 9mm and 7.62 fired cartridge casings at the scene.

7.     Investigators reviewed surveillance footage from nearby businesses as well as nearby license plate readers (LPR) and identified the shooters' vehicle as a gray Jeep Grand Cherokee with Michigan registration DF43311 (gray Jeep).

8.     Investigators then researched the vehicle and its registered owner and learned it was a rental vehicle and was equipped with a GPS tracking device. According to rental records, CLARK rented the vehicle.

9. Investigators reviewed the historical GPS locations associated with the gray Jeep and learned it was in the vicinity of the shooting scene at the time the shooting occurred.

10. At the conclusion of the rental period, investigators recovered the gray Jeep from the rental company and searched it.  During the search, investigators located 9mm fired cartridge casings. At least one of the casings had an S&B headstamp. NIBIN generated a preliminary lead between the cartridge casings recovered from inside the gray Jeep and the 9mm casings located at the February 24, 2026, shooting scene.

11. On March 10, 2026, detectives applied for and obtained a state search warrant for real-time and historical location data associated with CLARK's cellular device.

12. According to the historical location records, CLARK's cellular device was in the vicinity of the shooting scene at the approximate time the shooting occurred.

13. Investigators utilized location data from CLARK's cellular device and physical surveillance of CLARK to identify residences associated with him.

14. On March 23, 2026, MSP detectives applied for and obtained a state search warrant for CLARK's girlfriends' residence, where investigators believed CLARK may be residing.

3

15. On March 24, 2026, law enforcement executed the search warrant. As investigators entered the home, they observed CLARK coming out of the master bedroom with his hands up. An adult female and three children came from the same room. No other people were found inside the residence.

16. During a subsequent search of the master bedroom, law enforcement located and recovered two firearms and ammunition.

17. One of the firearms, an AR-style 9mm firearm with a high-capacity magazine was located inside the bedroom closet, underneath a men's jacket. The second firearm, a 9mm semiautomatic pistol equipped with a high-capacity magazine, was located underneath a pillow on the bed. Law enforcement recovered 9mm ammunition on top of the dresser near bottles of men's cologne. Photographs of the same are included below.

18. In addition to the firearms and ammunition, law enforcement located male shoes and clothing inside the closet and bedroom. While CLARK was in police custody, prior to being issued *Miranda* warnings, an officer gave the jacket that had been covering the AR-style firearm to CLARK to put on. CLARK stated the jacket was his.

19. The firearms seized from CLARK's residence were test fired, and the casings were submitted to NIBIN. The preliminary results indicate the firearms

did not correlate with the fired cartridge casings recovered at the February 24, 2026 shooting scene.

**Interstate Nexus**

20.     On March 24, 2026, ATF Interstate Nexus Expert S/A Joshua McLean was provided photographs of the head stamps of the 9mm caliber FCCs located on the gray Jeep.  S/A McLean explained the "S&B" imprint on the head stamp indicated the ammunition manufacturer was Sellier & Bellot.

21.     S/A McLean further advised the ammunition was manufactured outside of the state of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

22.     S/A McLean was provided descriptions of the make and models of the firearms seized from CLARK's room.  The firearms included a Palmetto State Armory X-9 and Smith & Wesson PX9.  S/A McLean advised each of the firearms were manufactured outside the state of Michigan and thus concluded they would have traveled in and affected interstate or foreign commerce.

**Prohibited Status**

23.     On March 24, 2026, I reviewed CLARKS's Computerized Criminal History from the Law Enforcement Information Network (LEIN) and records obtained from the Michigan Department of Corrections and learned that CLARK had been previously convicted of the following felony offenses.

5

a. In case 06-002570-01-FH, on or about January 31, 2006, CLARK was charged with one count of felonious assault and one count of felony firearm. On or about June 8, 2006, CLARK was found guilty as charged in Wayne County's Third Circuit Court of Michigan. CLARK was sentenced to a period of two years' incarceration with the Michigan Department of Corrections, followed by a term of probation.

b. In case 10-004903-01-FH, on or about April 11, 2010, CLARK was charged with one count of felony uttering and publishing. On or about May 5, 2010, CLARK pleaded guilty to a reduced count of felony 2010, CLARK was charged with one count of felony uttering and publishing—attempt in Wayne County's Third Circuit Court of Michigan. CLARK was initially sentenced to a period of probation. However, he violated probation and was sentenced to one month imprisonment in the Wayne County jail. His probation was closed in 2015.

24. According to records obtained from MDOC, on or about October 23, 2025, CLARK filed a petition to set aside his felony convictions for felonious assault and felony firearm. Based on this information, and the fact that CLARK served at least two years' incarceration, there is probable cause to believe CLARK is aware of his status as a convicted felon, prohibited by federal law from possessing firearms.

6

## CONCLUSION

25.     Probable cause exists that Raymond CLARK, a convicted felon aware of his

felony convictions, was in possession of a firearm and ammunition, manufactured

outside the state of Michigan, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Timothy Madison
ATF Special Agent


Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE


Date: ___March 25, 2026_____

7